IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-057-RLV-DCK

| | |
|---|---|
| KATHERYN R. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE STATE OF NORTH CAROLINA and ) | |
| KEITH WHITENER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant The State of North Carolina's "Motion To File Document Under Seal" (Document No. 43) filed February 15, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is now ripe for review. Having carefully considered the motion, the record, and noting Plaintiff's response in opposition to the motion, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant The State of North Carolina's "Motion To File Document Under Seal" (Document No. 43) is **GRANTED**.

**IT IS FURTHER ORDERED** that Exhibit 4A shall be **SEALED** until further Order of the Court.

Signed: February 28, 2013

David C. Keesler
United States Magistrate Judge