# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# DOCKET NO. 5:11CV57-RLV

| | |
|---|---|
| **KATHERYN R. JOHNSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **O R D E R** |
| | ) **Staying Pretrial Filing Deadlines** |
| **THE STATE OF NORTH CAROLINA,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court upon Motion for Summary Judgment submitted on behalf of the Defendant State of North Carolina ("NC"), filed February 15, 2013. (Doc. 45). In addition, the Court now has before it Plaintiff Katheryn Johnson's ("Johnson") response in opposition, Defendant's reply, as well as all of the materials filed in support or in opposition thereto. (Docs. 49, 50).

Having reviewed the parties' legal arguments, the evidentiary record, and the applicable law, the Court is of the view that no genuine disputes of material fact appear to exist such that summary judgment disposition would be precluded. *See* FED. R. CIV. P. 56(a) (2010); *Anderson v. Liberty Lobby*, 477 U.S. 242 (1986) (applying former version of Rule 56); *Celotex Corp. v. Catrett*, 477 U.S. 317 (1986) (same).

Because this matter is currently scheduled for jury trial during the May 2013 Statesville Division Term, and in light of the various pretrial filing deadlines the parties are subject to, the instant Order serves to **STAY** all pretrial deadlines pending issuance of a Memorandum and

Order fully explaining the Court's reasoning and analysis concerning Plaintiff's remaining Title VII claim.

**IT IS HEREBY ORDERED** that all pretrial deadlines are hereby **STAYED** pending further Order or direction from the Court concerning NC's Motion for Summary Judgment. Unless otherwise instructed by the Court, the parties are likewise excused from appearing for Calendar Call on May 6, 2013.

Signed: April 17, 2013

Richard L. Voorhees
United States District Judge